UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

PHILLIP RANDALL TILLIE #636229

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Sgt or L.T. LOFTON, Sgt WARD, C/O BIFIAS, C/O ROJAS, L.T. MAKEY, Sgt HALL, Nurse LUCAS, C/O JONES, ADW ERWAY, RUM MCCOLL, ARUS TURNER, UNKNOWN QMHP, ~~[redacted]~~, L.T. Baker, C/O Wells,

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED (KZ) U.S. District Court Clerk
JUN 17 2024
by JW
Western Michigan
KB 6/17

1:24-cv-625
Hala Y. Jarbou
Chief U.S. District Judge
Sally J. Berens- Magistrate Judge

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      Western District

   2. Is the action still pending?   Yes ☑   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☑
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑
      a. If so, explain: _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Phillip R. Tillie__

Place of Present Confinement __OAKS Correctional facility, 1500__

Address __1500 Caberfae Hwy, Manistee, MI 49660__

Place of Confinement During Events Described in Complaint __OAKS Correctional facility__

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Lofton__
Position or Title __Sgt or L.T. "Not sure"__
Place of Employment __OAKS Correctional facility__
Address __1500 Caberfae Hwy, Manistee, MI 49660__
Official and/or personal capacity? __Official and personal__

Name of Defendant #2 __Ward__
Position or Title __Sgt__
Place of Employment __OAKS Correctional facility__
Address __1500 Caberfae Hwy, Manistee, MI 49660__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #3 __Bielas__
Position or Title __Correction officer__
Place of Employment __OAKS Correctional facility__
Address __1500 Caberfae Hwy, Manistee, MI 49660__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #4 __Rojas__
Position or Title __Correctional officer__
Place of Employment __OAKS Correctional facility__
Address __1500 Caberfae Hwy, Manistee, MI 49660__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #5 __Makey__
Position or Title __L.T.__
Place of Employment __OAKS Correctional facility__
Address __1500 Caberfae Hwy, Manistee, MI 49660__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #6 ___HALL___
Position or Title ___Sgt___
Place of Employment ___OAKS Correctional facility___
Address ___1500 Caberfae Hwy, Manistee, MI 49660___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #7 ___Lucas___
Position or Title ___Nurse___
Place of Employment ___OAKS Correctional facility___
Address ___1500 Caberfae Hwy, Manistee, MI 49660___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #8 ___Jones___
Position or Title ___Correctional officer___
Place of Employment ___OAKS Correctional facility___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #9 ___Erway___
Position or Title ___Assistant Deputy Warden___
Place of Employment ___OAKS Correctional facility___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #10 ___MCCOLL___
Position or Title ___RUM 5 unit___
Place of Employment ___OAKS Correctional facility___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #11 ___Turner___
Position or Title ___ARUS 5 unit___
Place of Employment ___OAKS Correctional facility___
Official and/or Personal Capacity? ___Official and Personal___

Name of Defendant #12 ___Unknown QMHP___
Position or Title ___Physc___
Place of Employment ___OAKS Correctional facility___
Official and/or Personal Capacity? ___Official and Personal___

3.1

Name of Defendant #13 _Wells_
Position or title _Correction officer_
Place of Employment _OAKS Correctional Facility_
Address _1500 Caberfae HWY, Manistee, MI 49660_
Official and/or Personal Capacity? _Official and Personal_


Name of Defendant #14 _Baker_
Position or title _L.T._
Place of Employment _OAKS Correctional Facility_
Address _1500 Caberfae HWY, Manistee, MI 49660_
Official and/or Personal Capacity? _Official and Personal_

3.2

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 10-10-23 I was assualted and excessive force was used, which violated my 8th Amendment Right. The use of force was done in retaliation due to me filing grievance's and being on A hunger strike. The retaliation also violated my First Amendment Right. The morning of 10-10-23, I was denied yard, which was A violation of Policy & Procedure. I explained to C/O Bielas that I was going to grieve the violation and I requested A grievance. C/O Bielas denied me the grievance. I was later at Approximately 8:00AM-9:30AM pulled out of my cell and taken to the shower by C/O Bielas. I was told I would be placed in Bam-Bam. I explained how that violated policy & Procedure and that I would just grieve it. C/O Bielas stated "Fuck your Policy, You can suck my dick." I then felt unsafe and requested that someone else take C/O Bielas place. I then requested to report Sexual harassment, Sgt Ward & Lofton laughed. C/O Rojas approached the shower and started to put on gloves, at which time he stated "We're getting ready to have some fun with you" Sgt Ward, Lofton, C/O Bielas, and C/O Rojas entered the shower. I turned Around and allowed the handcuffs to be placed on my wrist. [At No time did I resist] I then was tossed to my stomach, where I just laid there and repeated "OKAY, OKAY, OKAY" Lofton & Sgt Ward started using their knee's and kneeing me in my Ankle's, knee's, and thigh's. Lofton placed my Ankle in some sort of Ankle/leg Bar. I screamed in pain that I had screws & Rods in my Ankle. Lofton & Sgt Ward both started punching me in my Ankle's, legs, and thighs. Sgt Ward shoved his knee into my lower back. Lofton punched me in the back of my head. Sgt Ward grabbed my genitals. Sgt Ward then punched me in my genitals. C/O Bielas pulled my hair, then C/O Bielas took A guard shield and pressed my face against the ground. Then C/O Bielas took the shield and placed it on my neck cutting off my Air

- 4 -    (W.D. Mich. Form – Last Revised: September 2021)

Supply Closet. C/O Pricher stood by as the shake down happened. C/O Rojas stood by as the assualt and use of excessive force happen, At times C/O Rojas grabbed my Arms and twisted them. L.T. Makey stood by and not only watched but encouraged the assualt and use of excessive force. Not Once did L.T. Makey attempt to stop their actions. L.T. Makey also showed Deliberate Indifference when I reported Sexual harassment & Sexual Assualt by stating "I'm not going Against my staff" L.T. Makey also showed Deliberate Indifference when I reported my medical injuries to him on 10-11-23 Concerning my Ankle & Concerns of A Concussion. L.T. Makey refused to Contact Health Care despite his observation of me not being able to walk on my right foot and my complaints of pain. Nurse Lucas also stood by on 10-10-23 and watched officer's assualt me and use excessive force, at no time did Nurse Lucas even attempt to stop them. Then Nurse Lucas participated in the assualt when I was placed in A restraint chair, and I asked her to document my injuries, Nurse Lucas stated "All I can do is clean your open cuts". I then stated that the restraints were too tight and that I couldn't feel my hands And that I felt I had A Concussion. Nurse Lucas turned A Blind eye to the restraints and allowed A Unknown Sgt to make them even tighter right in her face. Nurse Lucas showed Deliberate indifference to my Serious medical needs when she refused to evaluate me or at least Document my multiple injuries Despite my Complaints of pain. Nurse Lucas also showed A Blind eye to my request to report Sexual harassment & Sexual Assualt. RUM McColl & ARUS Turner also Stood by on 10-10-23 and watched their unit staff assualt me and use excessive force. They Both showed deliberate indifference when they refused to contact Health Care concerning my clearly visible injuries and complaints of A Concussion. They both also failed to document my reports of Sexual harassment and Sexual assualt. Assistant Deputy Warden Erway was also aware of his staff's use of excessive force. ADW Erway came to speak with me and clearly observe my multiple injuries. ADW Erway showed Deliberate Indifference to my medical needs when he failed to Contact Health Care After observing my multiple injuries. ADW Erway failed to even investigate the fact that his officer's used excessive force and violated Policy & Procedure and violated protocol by not first getting the camera before the use of force. On 10-17-23, I attempted to inform Sgt Hall of my Concussion, Sgt Hall showed Deliberate Indifference to my Serious Medical need when he stated "You got beat up, I bet you'll stop filing grievances now" Sgt Hall never attempted to call Health Care, instead Sgt Hall walked off laughing. On 10-19-23 at Approximately 8:00AM - 10:00AM C/O Wells entered my cell In retaliation to A complaint I had made the day before to the Attorney General Concerning Health Care not seeing me. C/O Wells, A female ripped picture

4.1

of my mother and Federal subpoena's that I had just received from the Attorney General. C/O Wells also Confiscated A Grievance & A Complaint I was about to file concerning C/O Bielas.. this violated my First Amendment Right. C/O Jones on 10-11-23 showed Deliberate Indifference to my Serious Medical needs when I repeatedly reported that I need to see health care due to A concussion and not being able to walk on my right foot/Ankle. C/O Jones Ignored my complaints of pain and never called Health Care...

## Individual Actions in more Detail

- C/O Bielas, On 10-10-23 assaulted me and used excessive force and violated my 8th Amendment Right by maliciously & Sadistically pulling my hair while I was already restrained and not resisting. C/O Bielas then took A shield and pressed my face into the ground, then he took the shield and placed it on my neck cutting off my Air supply until I gasped for Air. Before the assault C/O Bielas took me to the shower, at which time he said I was going on Bam-Bam status for being on hunger strike, I attempted to explain that Policy & Procedure specifically stated I should not be retaliated against for being on hunger strike. C/O Bielas stated "Fuck your Policy, You can suck my dick" I then felt unsafe and requested that someone else take C/O Bielas Place. I then requested to file/report Sexual harassment. The other staff laughed and ignored me. After the assault had taken place, I was placed in A restraint chair, at which time C/O Bielas was still allowed to be around me despite my sexual harassment complaint and allowed to taunt me making comments such as "Fucking with me will have you sitting in A chair" and "I don't care about A lawsuit, I'm undefeated". C/O Bielas even looked my case up and stated "Your nothing but A pussy" and "I win and you lose". My First Amendment right was violated because during the assault, C/O Bielas stated "I'll teach you about writing grievance's" and After the assault I requested grievance's from C/O Bielas and he Blatantly denied me A grievance. I was assaulted and excessive force was used due to me filing grievance's and being on hunger strike which caused to much attention. C/O Bielas use of excessive force was uncalled for due to the fact I never resisted and I was handcuffed the entire time. C/O Bielas Actions were not to obtain security, but done to inflict pain and make An example out of me and have some fun as C/O Rojus stated.

- Sgt or L.T. Lofton, On 10-10-23 assaulted me and used excessive force and violated my 8th Amendment right by Maliciously & Sadistically putting my Ankle In Some Sort of leg/Ankle bar/lock and twisting my Ankle despite my screams of pain saying "I have screws in rods in my Ankle" then Lofton also slammed my face into the ground repeatedly and took his knees and started

4.2

thrust there repeatedly in my legs and in the back of my head. The entire time I was laying on my stomach in handcuffs. At no point did I resist. Lofton made comments such as, "I bet you wont write another grievance" & "Shut up filthy nigger" & "It was nice having fun with you" Lofton's Action were not done to establish security, but done to Inflict pain and make A example out of me. Lofton also twisted the handcuffs on my wrist until my hands turned purple and went numb. I still cant feel my hands.. Lofton also retaliated and violated my First amendment due to previously filed grievances...

- Sgt Ward, On 10-10-23 assulted me and used excessive force and violated my 8th Amendment right by Maliciously & Sadistically thrusting his Knee's into my legs, Ankle's and thighs. Sgt Ward also punched me in my legs, then Sgt Ward shoved his knee into my lower back. At one point Sgt Ward grabbed my genitals, squeezing my genitals until I screamed making it known as to what he was doing, but that didn't stop Sgt Ward, before he was finished he punched me in my genitals and stated "Snitches get stitches". Sgt Wards Actions were not done to establish Security, but done to Inflict pain and make A example out of me. Sgt Ward also stated "If you write another grievance, we will fuck you up Again". This was all done while I was handcuffed and laying on my stomach. I never once resisted. Sgt Ward also violated my First Amendment right due to previously filed grievances. The use of excessive force was all done out of retaliation..because of the grievances I had filed.

- C/O Riojas On 10-10-23 was directly involved while I was assualted And excessive force used. C/O Riojas initially stated "We're about to have some fun with you" while putting on gloves. I attempted to report Sexual harassment to C/O Riojas concerning C/O Bielas statements. C/O Riojas laughed. C/O Riojas at first stood by as I was assualted and clearly observed Excessive force and failed to Act. C/O Riojas then decided to grabbed my Arms and twist them even tho I had handcuffs on and I was clearly in pain with multiple officers on all my limbs and despite the fact I never resisted. C/O Riojas participated in the assualt and used excessive force and also failed to Act. C/O Riojas stood by and Joked about what had occurred. C/O Riojas violated my 8th Amendment Right. C/O Riojas Actions were Maliciowl & Sadistic and not done to establish security, but done to Inflict pain. C/O Riojas could of stopped the Assualt and Use of excessive force, Instead he participated and stood by and laughed...

- Rum McColl & ARUS Turner, On 10-10-23 both stood by and watched their unit staff assualt me and Use excessive force, at NO time did Rum Mccoll even attempt to intervien despite my yells for help. Rum Mccoll & Arus Turner had A clear view to what was taking place. McColl also show deliberate Indifference to my serious medical needs when he refused to call/Contact health Care concerning my very visible Injuries. I made complaints for days and was denied Medical Attention. All I received was questions

4.3

from medical staff asking have I ate. The one time I did see them, they refused to see me about my injuries. Rum Mccoll authorized me to be placed in Seg/observation cell, despite Policy & Procedure stating clearly not to. I was falsely placed on a Physc watch. Once I was taken off, I was left in the observation cell without my personal property, Hygiene items, A mattress, sheets, towels, or wash cloth and the cell was extremely cold. This was not done to establish security but done to inflict pain and make a example out of me. My First Amendment Right was violated An Rum Mccoll & Arus turner both retaliated because of my filed grievances and me being on hunger strike. The refusal to contact health care showed deliberate indifference and violated my 8th Amendment Right.

- Unknown ADW & ADW Erway violated my 8th Amendment Right when they showed Deliberate Indifference to my serious Medical needs pertaining to the assualt and use of excessive force and the fact I reported Sexual harassment & Sexual Assualt and was ignored by both Assistant Deputy Warden's. Both ADW were well aware of what had occurred, I request medical Attention and was denied. The Unknown ADW stated "How long do you wanna do this". I explained to both ADWs that I was in pain and that I was sure I had A Concussion. They both ignored me And at No time did they contact their staff concerning Medical Attention for my clearly visible Injuries. I also explained to the Unknown ADW that I could not feel my hands because the restraints were too tight. The Unk ADW stated "Leave him there A little while longer". Both ADW's were to busy trying to cover up the assualt and use of excessive force, that they took on A by Any means necessary approach to covering up the Incident, Instead Actual opening up A Investigation... The Unknown ADW is actually Warden Burgess

- Nurse Lucas, on 10-10-23 also stood by and watched facility staff members assualt me and use excessive force, At No time did she attempt to stop them. then Nurse Lucas participated, when I was placed in A restraint chair and asked her to document my injuries. Nurse Lucas stated "All I can do is clean your open cuts". I then stated that the restraints were too tight and that I could not feel my hands and that I felt I had A Concussion. Nurse Lucas showed Deliberate Indifference and did not attempt to evaluate me, and allowed Unk L.T. to make the restraints tighter right in her face. Nurse Lucas didn't even document my clearly visible Injuries and violated my 8th Amendment Right by failing to Act and showing Deliberate Indifference to A serious Medical Need.

- Sgt or L.T. Makey, on 10-10-23 violated my 8th Amendment Right when he stood by and not only watched the Assualt and Use of excessive force but encouraged the Assualt. Not once did he Attempt to stop their Actions. Makey showed Deliberate Indifference when I reported Sexual harassment & Sexual Assault by stating "I'm not going Against my staff". Makey also showed deliberate Indifference when I reported my medical injuries to him on 10-11-23, concerning my Ankle and possible

4.4

Conley Mackey refused to recall/contact health Care, despite his observation of me not being able to walk on my right Ankle and my complaints of pain. Makey laughed and walked away...

- L.T. Baker, on 10-10-23 stood by and laughed and encouraged other corrections officer's as I was assualted and excessive force used. Not once did he attempt to stop the assualt and use of excessive force. L.T. Baker then participated when he made the restraints on the restraint chair tighter causing the restraint to pinch my skin. This was done maliciously & sadistically. My hands were already purple before he made them tighter. This violated my 8th Amendment Right. After the assualt L.T. Baker repeatedly taunted me making statements like "We'll take you back up to the shower" & "Do you remember when you were screaming help?" L.T. baker also showed deliberate Indifference to my Serious Medical need when I requested to see health Care and he stated "you won't be seeing health care until you ride out."

- Unknown Physc, on 10-10-23 stood by and watched staff assualt me and use excessive force. Not once did she attempt to intervien. Then she approved suicide watch based on officer's word. Unknown Physc is suppose to make that decision based on her own observation. The Physc spoke with me and I compentantly told her that I was not suicidle and that I was very much of sound mind. I even explained how my constitutional Right was being violated. The Physc's failure to intervien violated my 8th Amendment Right.

4.5

## IV. Relief

State briefly and precisely what you want the court to do for you.

I request Punitive, Monetary, Compensatory Damages. I request Five Hundred Thousand, per defendant. I request that C/O Bielas, Lofton, Sgt Ward, C/O Riojas, and L.T. Baker be terminated and criminal charges brought against them. lastly I request that nurse Lucas be terminated and that C/O Wells be retained

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

6-10-24
**Date**

**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -    (W.D. Mich. Form – Last Revised: September 2021)

Phillip Tellis #626229
E.C. Brooks Correctional Facility
2500 S. Sheridan Dr.
Muskegon, MI 49444

Office
United
107 F
410 W
Kalam

ZIP 49444  $002.11
02 4W
0000386111 JUN 12 2024

of the clerk
States District Court
ederal building
. Michigan Ave.
azoo, MI 49007